UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN RE: MISCELLANEOUS MATTER,

(ROBERT MICHAEL BAGETTA).

Case No. 02-X-72768

HONORABLE DENISE PAGE HOOD

_____/

## ORDER DENYING SECOND MOTION TO ENFORCE COURT ORDER

This matter is before the Court on Robert Michael Bagetta's second Motion to Enforce Court Order **[Docket No. 4, filed Sept. 22, 2008]**. This second motion is nearly identical to Bagetta's first Motion to Enforce Court Order **[Docket No. 2, filed Aug. 18, 2008]**, and presents the same arguments. The instant motion was filed on the same date, as this Court's September 22, 2008 Order denying the first Motion to Enforce Court Order.

Accordingly,

**IT IS ORDERED** that Bagetta's Motion to Enforce Court Order **[Docket No. 4, filed Sept. 22, 2008]** is **DENIED** for the reasons stated in this Court's September 22, 2008 Order.

S/Denise Page Hood
Denise Page Hood
United States District Judge

Dated: October 23, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 23, 2008, by electronic and/or ordinary mail.

S/William F. Lewis
Case Manager